# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM J. ELLINGTON, | Civil File No. 08-CV-2455-JWL/DJW |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| ASSET & CAPITAL MANAGEMENT GROUP, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 11/03/08

/s/ J. Mark Meinhardt
J. Mark Meinhardt #20245
4707 College Boulevard, Suite 100
Leawood, KS 66211
913-451-6163
Fax 913-451-6163